### J. C. LUCAS v. THE STATE.

#### No. 5477.   Decided October 22, 1919.

**Rape—Bill of Exceptions—Practice on Appeal.**

In the absence of a bill of exceptions, the ruling of the court in admitting testimony cannot be considered, and grounds of objections in the motion for new trial cannot be reviewed.

Appeal from the District Court of Galveston. Tried below before the Hon. H. C. Hughes, judge.

Appeal from a conviction of rape on a female under the age of consent; penalty, five years imprisonment in the penitentiary.

The opinion states the case.

No brief on file for appellant.

*Alvin M. Owsley*, Assistant Attorney General, for the State.

DAVIDSON, PRESIDING JUDGE.—Appellant was convicted of rape on a girl within the statutory age under which rape could be committed with or without force, and with or without consent.

The motion for a new trial and the amended motion for a new trial are based upon the alleged error of the court in two respects in the admission of testimony. These are stated simply as grounds of the motion and are not perpetuated by bills of exception. In this attitude of the record the matters cannot be considered.

The judgment will, therefore, be affirmed.

*Affirmed.*